17-55374

_____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

VICTORIA ROWELL,

*Plaintiff and Appellant*

v.

SONY PICTURES TELEVISION INC., SONY PICTURES ENTERTAINMENT
INC., BELL DRAMATIC SERIAL COMPANY, L.P., BELL-PHILLIP
TELEVISION PRODUCTION INC., CORDAY PRODUCTIONS, INC.,
AND CBS CORPORATION

*Defendants and Appellees.*

_____

On Appeal from the United States District Court
for the Central District of California
The Honorable John A. Kronstadt
Case No. 15-cv-02442 JAK (AGRx)

_____

APPELLEE BELL DRAMATIC SERIAL COMPANY, L.P.'s CORPORATE
DISCLOSURE STATEMENT

_____

JEAN P. NOGUES (SBN 84445), jpn@msk.com
BRIAN M. RAGEN (SBN 275045), byr@msk.com
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, California  90064
Telephone: (310) 312-2000

1

Facsimile: (310) 312-3100
Attorneys for Appellee
BELL DRAMATIC SERIAL COMPANY, L.P.

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rules 26.1 and 28 of the Federal Rules of Appellate Procedure, the undersigned counsel for Bell Dramatic Serial Company, L.P., (a private non-governmental party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

DATED: November 27, 2017     MITCHELL SILBERBERG & KNUPP LLP
JEAN P. NOGUES
BRIAN M. RAGEN


By:  /s/ Jean P. Nogues
Attorneys for Appellee BELL DRAMATIC
SERIAL COMPANY, L.P.