17-55374

_____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

VICTORIA ROWELL,

*Plaintiff and Appellant*

v.

SONY PICTURES TELEVISION INC., SONY PICTURES ENTERTAINMENT INC., BELL DRAMATIC SERIAL COMPANY, L.P., BELL-PHILLIP TELEVISION PRODUCTION INC., CORDAY PRODUCTIONS, INC., AND CBS CORPORATION

*Defendants and Appellees.*

_____

On Appeal from the United States District Court
for the Central District of California
The Honorable John A. Kronstadt
Case No. 15-cv-02442 JAK (AGRx)

_____

BRIEF OF APPELLEE
BELL-PHILLIP TELEVISION PRODUCTIONS, INC.

_____

ROBERT F. TYSON, JR. (SBN 147177), RTyson@TysonMendes.com
REGINA SILVA (SBN 173573), RSilva@TysonMendes.com
RICHARD B. AZADA (SBN 306030), RAzada@TysonMendes.com
TYSON & MENDES LLP
5661 La Jolla Boulevard, La Jolla, CA 92037
Telephone: (858) 459-4400
Facsimile: (858) 459-3864
Attorneys for Appellee
BELL-PHILLIP TELEVISION PRODUCTIONS, INC.

17-55374

_____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

_____

VICTORIA ROWELL,

*Plaintiff and Appellant*

v.

SONY PICTURES TELEVISION INC., SONY PICTURES ENTERTAINMENT
INC., BELL DRAMATIC SERIAL COMPANY, L.P., BELL-PHILLIP
TELEVISION PRODUCTION INC., CORDAY PRODUCTIONS, INC.,
AND CBS CORPORATION

*Defendants and Appellees.*

_____

On Appeal from the United States District Court
for the Central District of California
The Honorable John A. Kronstadt
Case No. 15-cv-02442 JAK (AGRx)

_____

BRIEF OF APPELLEE
BELL-PHILLIP TELEVISION PRODUCTIONS, INC.

_____

ROBERT F. TYSON, JR. (SBN 147177), RTyson@TysonMendes.com
REGINA SILVA (SBN 173573), RSilva@TysonMendes.com
RICHARD B. AZADA (SBN 306030), RAzada@TysonMendes.com
TYSON & MENDES LLP
5661 La Jolla Boulevard, La Jolla, CA 92037
Telephone: (858) 459-4400
Facsimile: (858) 459-3864
Attorneys for Appellee
BELL-PHILLIP TELEVISION PRODUCTIONS, INC.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rules 26.1 and 28 of the Federal Rules of Appellate Procedure ("Fed. R. App. P."), the undersigned counsel for BELL-PHILLIP TELEVISION PRODUCTIONS, INC., (a private non-governmental party) certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock.

# TABLE OF CONTENTS

Page

I. JURISDICTIONAL STATEMENT — 1

   A. District Court Jurisdiction — 1

   B. This Court Jurisdiction — 1

   C. Timeliness of Appeal — 1

II. ISSUES PRESENTED FOR REVIEW — 1

III. STATEMENT OF CASE — 1

IV. SUMMARY OF THE ARGUMENT — 2

V. ARGUMENT — 2

VI. CONCLUSION — 2

# **TABLE OF AUTHORITIES**

Page(s)

28 U.S.C. § 12911      1

Fed. R. App. 4(a)(1)(A)      1

Fed. R. App. P. 28(i)      1, 2

# I. JURISDICTIONAL STATEMENT

## A.    District Court Jurisdiction

Appellee BELL-PHILLIP TELEVISION PRODUCTIONS, INC.

(hereinafter "BPTP") agrees with Appellant VICTORIA ROWELL's (hereinafter

"Rowell") statement of the District Court's jurisdiction over this matter.

## B.    This Court's Jurisdiction

BPTP agrees that the judgment from which Rowell appeals is a final

decision and that this Court has jurisdiction.  28 U.S.C. § 1291.

## C.    Timeliness of Appeal

BPTP agrees that this appeal is timely.  Fed. R. App. P. 4(a)(1)(A).

# II. ISSUES PRESENTED FOR REVIEW

Pursuant to Fed. R. App. P. 28(i), BPTP joins in the Issues Presented for

Review set forth in the Brief of Appellees Sony Pictures Entertainment Inc., Sony

Pictures Television Inc. (hereinafter collectively "Sony"), CBS Corporation

("CBS") (hereinafter the "Sony and CBS Brief"), and the Brief of Appellee Bell

Dramatic Serial Company, L.P. (hereinafter "BDSC")  (hereinafter the "BDSC

Brief").

# III.    STATEMENT OF THE CASE

Pursuant to Fed. R. App. P. 28(i), BPTP joins in the Statement of the Case

set forth in the Sony and CBS Brief.

## IV.   SUMMARY OF THE ARGUMENT

Pursuant to Fed. R. App. P. 28(i), BPTP joins in the Summary of the Argument set forth in the Sony and CBS Brief.  BPTP also joins in the Argument set forth in the BDSC Brief.

## V. ARGUMENT

Pursuant to Fed. R. App. P. 28(i), BPTP joins in the Argument set forth in the Sony and CBS Brief and the BDSC Brief and contends that the District Court correctly dismissed Ms. Rowell's claims.

Accordingly, BPTP respectfully requests that any order of the Court with respect to this appeal be ordered in favor of BPTP as well as Sony, CBS, and BDSC.

## VI.   CONCLUSION

For the reasons stated above, BPTP respectfully requests that this Court affirm the District Court's order.

# STATEMENT OF RELATED CASES

BPTP is not aware of any related case within the meaning of Circuit Rule 28-2.6.

RESPECTFULLY SUBMITTED this 27th day of November, 2017.

TYSON & MENDES LLP
ROBERT F. TYSON, JR.
REGINA SILVA
RICHARD B. AZADA


By *s/ Richard B. Azada*
                Richard B. Azada

Attorneys for Appellee BELL-PHILLIP
TELEVISION PRODUCTIONS, INC.

**Form 8.** **Certificate of Compliance Pursuant to 9th Circuit Rules 28.1-1(f), 29-2(c)(2) and (3), 32-1, 32-2 or 32-4 for Case Number** 17-55374

Note: This form must be signed by the attorney or unrepresented litigant *and attached to the end of the brief.*

I certify that (*check appropriate option*):

☐ This brief complies with the length limits permitted by Ninth Circuit Rule 28.1-1.
The brief is _____ words or _____ pages, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable. The brief's type size and type face comply with Fed. R. App. P. 32(a)(5) and (6).

☒ This brief complies with the length limits permitted by Ninth Circuit Rule 32-1.
The brief is 314 words or 3 pages, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable. The brief's type size and type face comply with Fed. R. App. P. 32(a)(5) and (6).

☐ This brief complies with the length limits permitted by Ninth Circuit Rule 32-2(b).
The brief is _____ words or _____ pages, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable, and is filed by (1) ☐ separately represented parties; (2) ☐ a party or parties filing a single brief in response to multiple briefs; or (3) ☐ a party or parties filing a single brief in response to a longer joint brief filed under Rule 32-2(b). The brief's type size and type face comply with Fed. R. App. P. 32(a)(5) and (6).

☐ This brief complies with the longer length limit authorized by court order dated _____
The brief's type size and type face comply with Fed. R. App. P. 32(a)(5) and (6). The brief is _____ words or _____ pages, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable.

☐ This brief is accompanied by a motion for leave to file a longer brief pursuant to Ninth Circuit Rule 32-2 (a) and is _____ words or _____ pages, excluding the portions exempted by Fed. R. App. P. 32 (f), if applicable. The brief's type size and type face comply with Fed. R .App. P. 32(a)(5) and (6).

☐ This brief is accompanied by a motion for leave to file a longer brief pursuant to Ninth Circuit Rule 29-2 (c)(2) or (3) and is _____ words or _____ pages, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable. The brief's type size and type face comply with Fed. R. App. P. 32(a)(5) and (6).

☐ This brief complies with the length limits set forth at Ninth Circuit Rule 32-4.
The brief is _____ words or _____ pages, excluding the portions exempted by Fed. R. App. P. 32(f), if applicable. The brief's type size and type face comply with Fed. R. App. P. 32(a)(5) and (6).

Signature of Attorney or Unrepresented Litigant | s/ Richard B. Azada, Esq. | Date 11/27/2017

("s/" plus typed name is acceptable for electronically-filed documents)

*(Rev.12/1/16)*

| 9th Circuit Case Number(s) | 17-55374 |

**NOTE:** To secure your input, you should print the filled-in form to PDF (File > Print > *PDF Printer/Creator*).

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF SERVICE
### When All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) November 27, 2017 .

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Signature (use "s/" format)  s/ Barbara Martin-Callahan

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CERTIFICATE OF SERVICE
### When <u>Not</u> All Case Participants are Registered for the Appellate CM/ECF System

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on (date) .

Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Signature (use "s/" format)